SHAUN J. VOIGT, SBN 265721
svoigt@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT B. HALL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware Corporation; GHG CORPORATION, a Nevada Corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No:<br><br>**DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S CERTIFICATE OF INTERESTED PARTIES**<br><br>*[Filed concurrently with Notice and Petition for Removal, Declaration of Shaun J. Voigt, Esq., Declaration of Matthew Endlish, Declaration of Hardeep Mangat, Civil Cover Sheet, Notice of Related Cases, Corporate Disclosure Statement, and Notice to Adverse Party of Removal of Action to Federal Court]*<br><br>Complaint Filed:  August 2, 2019<br>Trial Date:  None Set |

1

DEFENDANT FEDEX GROUND'S CERTIFICATE OF INTERESTED PARTIES

FP 36280548.1

19674

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF ROBERT B. HALL AND HIS COUNSEL OF RECORD:

The undersigned counsel of record for Defendant FEDEX GROUND PACKAGE SYSTEM, INC. certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal:

1. Plaintiff Robert B. Hall, a party to this litigation;

2. Defendant FedEx Ground Package System, Inc. ("FedEx Ground"), a party to this litigation;

3. Defendant GHG Corporation, a party to this litigation;

4. Fisher & Phillips, LLP, counsel of record for Defendant;

5. THE KICK LAW FIRM, APC, counsel of record for Plaintiff;

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for FedEx Ground certifies that Defendant FedEx Ground Package System, Inc. is a wholly-owned subsidiary of FedEx Corporation, its parent, which is publicly traded under the NYSE ticker symbol FDX. Other than FedEx Corporation, no other publicly held company owns ten or more percent of FedEx Ground's stock. Defendant further certifies that, to its knowledge, no other parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATE: October 17, 2019          Respectfully submitted,

FISHER & PHILLIPS LLP

By: */s/Shaun J. Voigt* _____
SHAUN J. VOIGT
Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

**PROOF OF SERVICE**
**(CCP § 1013(a) and 2015.5)**

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On October 17, 2019, I served the foregoing document entitled **DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S CERTIFICATE OF INTERESTED PARTIES** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Taras Kick<br>Daniel J. Bass<br>THE KICK LAW FIRM, APC<br>815 Moraga Drive<br>Los Angeles, CA 90049 | Attorneys for Plaintiff<br>ROBERT B. HALL<br><br>Tel:  310.395.2988<br>Fax: 310.395.2088<br>Email: Taras@kicklawfirm.com<br>Daniel@kicklawfirm.com |

☒ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **[by FAX]** - I caused the aforementioned document(s) to be telefaxed to the aforementioned facsimile number(s). The machine printed a record of the transmission, and no error was reported by the machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed October 17, 2019, at Los Angeles, California.

| MELODY BIGLAY | By: */s/ Melody Biglay* |
|---|---|
| Print Name | Signature |