| | |
|---|---|
| 1 | SHAUN J. VOIGT, SBN 265721 |
| | svoigt@fisherphillips.com |
| 2 | DANIELLE S. KRAUTHAMER, SBN 305311 |
| | dkrauthamer@fisherphillips.com |
| 3 | FISHER & PHILLIPS LLP |
| | 444 South Flower Street, Suite 1500 |
| 4 | Los Angeles, California 90071 |
| | Telephone: (213) 330-4500 |
| 5 | Facsimile: (213) 330-4501 |
| 6 | Attorneys for Defendant |
| | FEDEX GROUND PACKAGE SYSTEM, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT B. HALL, individually, and on behalf of all others similarly situated, | Case No: 2:19-cv-08973 PA (PLAx) |
| Plaintiff, | **DEFENDANT'S PROOF OF SERVICE OF NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES (Doc 4); NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM (Doc 5); SCHEDULING MEETING OF COUNSEL [Pursuant to FRCP 16, 26 (f)] (Doc 6); and STANDING ORDER (Doc 7)** |
| v. | |
| FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware Corporation; GHG CORPORATION, a Nevada Corporation; and DOES 1 through 100, inclusive, | |
| Defendant. | |
| | Complaint Filed: August 2, 2019 |
| | Trial Date: None Set |

1

DEFENDANT'S PROOF OF SERVICE

FP 36355865.1

19674

**PROOF OF SERVICE**
**(CCP § 1013(a) and 2015.5)**

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On October 22, 2019, I served the following documents entitled
- **NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES (Doc 4);**
- **NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM (Doc 5);**
- **SCHEDULING MEETING OF COUNSEL [Pursuant to FRCP 16, 26 (f)] (Doc 6); and**
- **STANDING ORDER (Doc 7)**

on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Taras Kick | Attorneys for Plaintiff |
| Daniel J. Bass | ROBERT B. HALL |
| THE KICK LAW FIRM, APC | |
| 815 Moraga Drive | Tel:  310.395.2988 |
| Los Angeles, CA 90049 | Fax: 310.395.2088 |
| | Email: Taras@kicklawfirm.com |
| | Daniel@kicklawfirm.com |

☒ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed October 22, 2019 at Los Angeles, California.

| MELODY BIGLAY | By: */s/ Melody Biglay* |
|---|---|
| Print Name | Signature |

# PROOF OF SERVICE
## (CCP § 1013(a) and 2015.5)

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On October 22, 2019, I served the foregoing document entitled DEFENDANT'S PROOF OF SERVICE OF NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES (Doc 4); NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM (Doc 5); SCHEDULING MEETING OF COUNSEL [Pursuant to FRCP 16, 26 (f)] (Doc 6); and STANDING ORDER (Doc 7) on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Taras Kick<br>Daniel J. Bass<br>THE KICK LAW FIRM, APC<br>815 Moraga Drive<br>Los Angeles, CA 90049 | Attorneys for Plaintiff<br>ROBERT B. HALL<br><br>Tel:  310.395.2988<br>Fax: 310.395.2088<br>Email: Taras@kicklawfirm.com<br>            Daniel@kicklawfirm.com |

☒ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed October 22, 2019 at Los Angeles, California.

| MELODY BIGLAY | By: */s/ Melody Biglay* |
|---|---|
| Print Name | Signature |